UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 JAN 21 PM 1:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>FERNANDO RAMOS-CRUZ,<br><br>                    Defendant. | CASE NO.   08CR4494-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

X the Court has dismissed the case for unnecessary delay; or

__ the Court has granted the motion of the Government for dismissal; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or

__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of the Indictment : <u>8 USC §1326(a) - Attempted entry after deportation</u>.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 14, 2011

_____
JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE